## Herbertson, Appellant, *v.* American Fruit Growers, Inc.

Argued April 2, 1935. Before FRAZER, C. J., SIMP-SON, KEPHART, MAXEY, DREW and LINN, JJ.

*Harvey Morton Aronson,* with him *Walter M. Newman,* for appellant.

*Harry S. Dunmire,* with him *R. T. M. McCready,* for appellee, were not heard.

PER CURIAM, April 22, 1935:

An examination of the record in this case fails to disclose such a clear case as to warrant entry of judgment for want of a sufficient affidavit of defense. The order discharging the rule is affirmed at appellant's costs.